# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

October 21, 2021

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

       Re:    Velasquez v. Daniella Kallmeyer LLC, d/b/a , Kallmeyer, et al.
              Case 1:21-cv-07111-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for October 28, 2021, at 10:50 a.m., in your Honor's Courtroom. However, Defendants, who were properly served [D.E. 6 and D.E. 7], have not yet appeared in this matter. In order, therefore, to afford the parties additional time for the defendant to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

Application GRANTED. The initial pretrial conference scheduled for October 28, 2021, is adjourned to **December 2, 2021, at 10:50 a.m.** The parties shall submit the pre-conference materials required in the order at Dkt. No. 5 by **November 18, 2021**. If Plaintiff is not in communication with Defendants at that time, then Plaintiff shall file a letter (1) requesting adjournment of the initial pretrial conference for up to thirty days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules. Plaintiff shall file proof of service of the Complaint and related materials by **October 29, 2021**.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

Dated: October 22, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE