# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

**Application GRANTED IN PART and DENIED IN PART.  The conference scheduled for December 2, 2021, is ADJOURNED sine die.**

November 22, 2021

Dated: November 23, 2021
New York, New York

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 1106
New York, NY 10007

_[Signature]_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

   **Re:** **Velasquez v. Daniella Kallmeyer LLC, d/b/a Kallmeyer, et al.**
      **Case 1:21-cv-07111-LGS**

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  The Initial Pretrial Conference in this matter is currently scheduled for December 2, 2021, at 10:50 a.m., in your Honor's Courtroom.  However, Defendants, who were properly served [D.E. 6 and D.E. 7], have not yet appeared in this matter.  The undersigned counsel has undertaken additional efforts including follow-up correspondence to the subject facility location via courier, to solicit Defendants' response to the Complaint.  The undersigned has additionally also personally or direct served the Defendants to ensure receipt of the Summons and Complaint.  In order, therefore, to afford the parties additional time for the defendants to appear and to conduct preliminary settlement discussions, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

            Sincerely,

            By: /S/ B. Bradley Weitz
              B. Bradley Weitz, Esq. (BW9365)
              THE WEITZ LAW FIRM, P.A.
              Attorney for Plaintiff
              Bank of America Building
              18305 Biscayne Blvd., Suite 214
              Aventura, Florida 33160
              Telephone: (305) 949-7777
              Facsimile: (305) 704-3877
              Email: bbw@weitzfirm.com